UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                          CASE NO. 08-30549-PNS3
                                                CHAPTER 13
THOMAS GLENN GIPSON
KAREN ALISA GIPSON

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1.  The Trustee has issued check(s) FOR: EXPRESS SCRIPTS which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 386906 in the amount of 24.39 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                        /s/Leigh D. Hart or
                        /s/William J. Miller, Jr.
                           OFFICE OF THE CHAPTER 13 TRUSTEE
                           POST OFFICE BOX 646
                           TALLAHASSEE, FL 32302
                           ldhecf@earthlink.net
                           (850) 681-2734 "Telephone"
                           (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

```
THOMAS GLENN GIPSON            EXPRESS SCRIPTS
KAREN ALISA GIPSON             P.O. BOX 66580
1905 ELODIE LANE               SAINT LOUIS, MO 63166-6580
GULF BREEZE, FL 32563

AND

AMY LOGAN SLIVA, ESQUIRE
313 W. GREGORY ST.
PENSACOLA, FL 32502-4737
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                        /s/Leigh D. Hart or
                        /s/William J. Miller, Jr.
2/26/2010  3:06 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE
```